UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for DBSI Private Actions Trust,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD G. DEWAAY JR.,<br><br>    Defendant. | CASE NO. 1:14-cv-00418-RJB<br><br>ORDER DISMISSING CASE |

This comes before the Court on the Plaintiff's December 15, 2017 Motion to Voluntarily Dismiss, With Prejudice, Claims Against Donald G. DeWaay, Jr. Dkt. 171. The Court is familiar with the records and files herein.

Plaintiff's Motion to Voluntarily Dismiss, With Prejudice, Claims Against Donald G. DeWaay, Jr. (Dkt. 171) (filed pursuant to Fed. R. Civ. P. 41(a)(2)) should be granted. All of Plaintiff's claims in the above-captioned action against Defendant Donald G. DeWaay, Jr. should be **DISMISSED WITH PREJUDICE**, with each party to bear their own attorney's fees and costs.

Further, there are no additional parties remaining in this case. This case **IS CLOSED**.

ORDER - 1

1  **IT IS SO ORDERED**.

2  The Clerk is directed to send uncertified copies of this Order to all counsel of record and

3  to any party appearing pro se at said party's last known address.

4  Dated this 3rd day of January, 2018.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER - 2